# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **RHONA BOLIVAR** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| | : | **NO. 07-0119** |
| **KMART CORPORATION** | : | |

## ORDER

**AND NOW**, this 16th day of September, 2008, upon consideration of the Plaintiff's Motion to Compel Presence of Defendant Kmart Corporation's Representative at Mediation Conference (Document No. 56) and the defendant's response in which he represents that an appropriate representative shall attend the mediation, it is **ORDERED** that the motion is **DENIED AS MOOT**.

      /Timothy J. Savage    
TIMOTHY J. SAVAGE, J.